# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WALDO J. MORET, JR, CLYDE M. HUNTER, AND SHIKEEMA L. JONES,** | ) ) ) | **CAUSE NO.: 26-cv-01636** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **JUDGE: VANCE** |
| **BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND WRIT OF CIVIL SEQUESTRATION

Plaintiffs Waldo J. Moret, Jr., Clyde M. Hunter, and Shikeema L. Jones, ("Plaintiffs"), by and through his undersigned counsel, respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 65 and 64, for the immediate entry of a Temporary Restraining Order ("TRO"), a Preliminary Injunction, and a Writ of Civil Sequestration.

Plaintiff seeks an emergency freeze and physical seizure of all funds, up to $1,228,102.48, currently held in four accounts:

| | |
|---|---|
| National Financial Services, LLC (Sterling-Walker Enterprises, LLC) | Account No. 065400153 |
| Hancock Whitney Bank (Bruno & Tervalon, LLP) | Account No. 62885859 |
| Hancock Whitney Bank (Jonald Walker, III) | Account in Name of "Jonald Walker, III" |
| Capital One, NA Bank (Jonald Walker, III) | Account No. 065000090, in Name of "Jonald Walker, III" |

1

The above listed accounts are in the name of, or for the benefit of, Defendants Jonald Walker, III and/or Sterling-Walker Enterprises, LLC, where indicated, and represent Plaintiffs' converted and stolen retirement trust assets.

In addition to the accompanying memorandum, in support of this emergency application, Plaintiff respectfully submits the attached Verification and Affidavit of Waldo J. Moret, Jr., and supporting exhibits. (Exhibit A).

Because these accounts contain the plaintiffs' stolen and converted 401(k) funds, in order to secure these funds during the pendency of this litigation, Plaintiff requests a writ of civil sequestration and petitions the Court to waive the customary security bond requirement under Federal Rule of Civil Procedure 65(c) in light of the Defendants' clear fiduciary breaches.

Respectfully submitted,

**SLATER SLATER SCHULMAN, LLP**

 */s/ Daniel A. Meyer*
Daniel A. Meyer (La. Bar No. 33278)
Justin Lacour (La. Bar No. 34626)
6023 Magazine Street
New Orleans, Louisiana 70118
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
dmeyer@sssfirm.com
*Counsel for Plaintiffs*