## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| WALDO J. MORET, JR, CLYDE M. HUNTER, AND SHIKEEMA L. JONES, | ) ) | CAUSE NO.: 26-cv-01636 |
|  | ) |  |
| **Plaintiffs,** | ) |  |
| v. | ) | **JUDGE: VANCE** |
|  | ) |  |
| BRUNO & TERVALON, LLP, JONALD | ) |  |
| WALKER, III, and STERLING-WALKER | ) |  |
| ENTERPRISES, LLC, | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |
|  | ) |  |

### VERIFICATION AND AFFIDAVIT OF PLAINTIFF WALDO J. MORET, JR.

STATE OF LOUISIANA
PARISH OF ORLEANS

I, Waldo J. Moret, Jr., being first duly sworn, deposes and states under penalty of perjury as follows:

1.     I am a resident of the State of Louisiana, a Certified Public Accountant (CPA), and a former partner and Designated Trustee of the Bruno & Tervalon CPAs 401(k) Profit Sharing Plan under the restated Plan document effective January 1, 2022.

2.     I am the Plaintiff in the above-captioned civil action. I have personal knowledge of the facts set forth in this Affidavit, and if called upon to testify, I could and would competently do so.

3. Prior to November 2025, I maintained an individual retirement account under the Plan in the custody of John Hancock Life Insurance Company (Contract No. 114225), which represented my retirement savings.

1

4. In October 2025, my retirement account had a beginning balance of $1,142,421.84. On or about November 12, 2025, John Hancock executed an outgoing transfer of $1,118,124.61 from my account, reducing my personal retirement balance to $0.00. (See, Ex. 1, John Hancock Balance Sheet).

5. This liquidation and withdrawal of my retirement funds was executed entirely without my knowledge, authorization, or consent. I never signed a distribution form, never received the mandatory written notice of distribution options, and was never given a direct rollover notice regarding tax consequences or options as required by the Plan.

6. Through calls to John Hancock and investigation of bank records, I discovered that John Hancock had wired a total of $1,703,376.26 from the Plan's custody, including my entire $1.118 million balance, directly into a standard corporate checking operating account at Hancock Whitney Bank (Account No. 62885859) in the name of Bruno & Tervalon LLP. (See, Exhibit 2, November 12, 2025 Transaction Reports). Prior to receiving that transfer, the balance of Hancock Whitney Bank Account No. 62885859 was less than $30,000.00.

7. On November 25, 2025, Jonald Walker caused $500,000 of my retirement money to be wired to National Financial Services, LLC, to further credit of Sterling Walker Enterprises. (See Exhibit 3, Outgoing Wire Report). Sterling-Walker Enterprises, LLC, is controlled and managed by Jonald Walker, III and his wife.

8. On November 26, 2025, Jonald Walker caused another $500,000 of my retirement money to be wired to National Financial Services, LLC, to further credit of Sterling Walker Enterprises. (See Exhibit 4, Outgoing Wire Report).

9.      On December 2, 2025, Jonald Walker caused another $100,000 of my retirement money to be transferred by check to his personal Capital One, N.A. account. (See Exhibit 5, Check Statement).

10.     On December 3, 2025, Jonald Walker caused another $100,000 of my retirement money to be transferred by check to his personal Capital One, N.A. account. (See Exhibit 6, Check Statement).

11.     Also on December 3, 2025, Jonald Walker caused another $50,000 of my retirement money to be transferred by check to his personal Hancock Whitney account. (See Exhibit 7, Check Statement).

12.     To recap the events, on November 12, 2025, Jonald Walker stole $1,228,102.48 from the John Hancock 401k plan for the benefit of myself and the two other plaintiffs in this case, and approximately $475,273.78 belonging to other plan beneficiaries who are not parties to this case. By December 3, 2025, Walker had transferred $1.25 million into his personal accounts.

13.     On January 15, 2026, upon learning from John Hancock that my retirement funds had been moved to Whitney Bank, I sent an email to Defendant Jonald Walker, III, demanding that he take immediate action to restore my access to my 401(k) funds. On January 27, 2026, I sent a follow-up email expressing my confusion and distress over his continued delay in providing access to my money. I have never received any substantive response or access to my funds.

14.     I have a direct ownership and possessory right in these funds, which are currently sitting in a personal brokerage account at National Financial Services, LLC, Capital One, N.A., and Hancock Whitney Bank. There is an imminent, extreme risk that Defendants will wire, spend, or otherwise dissipate the remaining $500,000.00, which would permanently prevent the recovery of my life savings and extinguish my legal remedies.

15.    I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing statements and all facts contained in the accompanying Pleading are true, accurate, and correct to the best of my knowledge, information, and belief.



WALDO J. MORET, JR., Plaintiff

Sworn to and subscribed before me, Notary Public, in Orleans Parish, Louisiana, on this 27th day of July, 2026.

_____
NOTARY PUBLIC
My Commission Expires:  __At Death__

PETER J. HAMILTON, JR.
NOTARY PUBLIC
ID NO. 38957
MY COMMISSION IS FOR LIFE

4

*John Hancock.*

BRUNO & TERVALON
ATTN: JONALD WALKER
4298 ELYSIAN FIELDS, SUITE A
NEW ORLEANS LA 70122

**THE TRUSTEES OF BRUNO & TERVALON, LLP,
CPAS PLAN**

Contract Number: **114225**

## Retirement Account

| Your retirement account value as of 11/20/2025 |
| :-: |
| **$0.00** |

**October 01, 2025 - November 20, 2025**

43664 11 Q --- CD WEB-STMT
WALDO J MORET JR
1700 Frankfort Street
New Orleans LA    70122

### This period

| | |
| :-- | --: |
| Beginning balance | **$1,142,421.84** |
| Money in | |
| Employee money | 0.00 |
| Money out | -1,118,124.61 |
| Net change* | -24,297.23 |
| Ending balance | **$0.00** |

*Gain/loss for your account is net of the fees shown in the "Your summary of charges" section.



## Looking back

Change in your account this period: **-$1,142,421.84**

- - - - Employee contributions
······ Employee + employer contributions
───── Ending balance

You want to make sure your contributions continue working for the lifestyle you planned, both at retirement and beyond. Your plan contact can put you in touch with your local John Hancock representative to outline the many income-producing options open to you. Remember, you still have access to our website, where you can find a variety of resources, including articles, tools, calculators and more. Visit us online at **myplan.johnhancock.com**.

| EXHIBIT |
| :-: |
| **1** |

### Looking for help?

**Important:** Any inaccuracies in this statement must be reported to John Hancock within 45 days.  See last page for details.
For questions about your account with John Hancock, visit **myplan.johnhancock.com**
or 1-800-395-1113 (1-800-363-0530 Español) Monday - Friday, 8am - 8pm ET.
**Changing jobs or retiring?** Call 1-888-695-4472 if you have questions about your distribution options. See last page for details.



PO Box 4019
Gulfport, MS 39502-4019
**Electronic Service Requested**

EQUAL HOUSING
LENDER

FDIC

Page: 1 of 8

Statements Dates
11/01/2025 - 11/30/2025

Account Number:
62885859

Images:
45

\* **IMAGE** \* **E0**

1
**BRUNO & TERVALON LLP**
**10001 LAKE FOREST**
**STE 401**
**NEW ORLEANS LA  70127**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH
ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | | |
|---|---|---:|---|---:|
| PREVIOUS BALANCE | | 1,984.50 | AVERAGE BALANCE | |
| + | 20 CREDITS | 2,264,831.26 | | 394,082.99 |
| - | 186 DEBITS | 1,548,703.23 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | .00 | | .00 |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | 718,112.53 | | |

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \* \*

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 11/03 | 450.00 | DEPOSIT | 11/13 | 5,215.00 | DEPOSIT |
| 11/03 | 450.00 | DEPOSIT | 11/14 | 500.00 | 397201360880  HANCOCK WHITNEY |
| 11/04 | 3,400.00 | 397201360880  HANCOCK WHITNEY | | | 025318002090619CCD |
| | | 025308009060944CCD | 11/17 | 300.00 | DEPOSIT |
| 11/05 | 1,000.00 | 397201360880  HANCOCK WHITNEY | 11/17 | 450.00 | DEPOSIT |
| | | 025309009422032CCD | 11/17 | 1,500.00 | DEPOSIT |
| 11/07 | 6,900.00 | DEPOSIT | 11/18 | 8,000.00 | INCOMING WIRE |
| 11/10 | 8,600.00 | DEPOSIT | 11/19 | 9,400.00 | 397201360880  HANCOCK WHITNEY |
| 11/12 | 1,950.00 | 397201360880  HANCOCK WHITNEY | | | 025323003322762CCD |
| | | 025316001040263CCD | 11/21 | 1,703,376.26 | INCOMING WIRE |
| 11/12 | 2,650.00 | 397201360880  HANCOCK WHITNEY | 11/24 | 6,700.00 | DEPOSIT |
| | | 025316001041313CCD | 11/25 | 1,000.00 | 397201360880  HANCOCK WHITNEY |
| 11/13 | 2,990.00 | 397201360880  HANCOCK WHITNEY | | | 025329005000613CCD |
| | | 025317001688961CCD | 11/25 | 500,000.00 | INCOMING WIRE |

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 11/25 | | 6,180.02 | 11/21 | 1348 | 134.00 |
| 11/12 | 67 | 675.00 | 11/26 | 1350 \* | 260.00 |
| 11/25 | 68 | 675.00 | 11/19 | 1351 | 381.61 |
| 11/26 | 69 | 875.00 | 11/24 | 1352 | 107.17 |
| 11/26 | 70 | 1,000.00 | 11/18 | 1354 \* | 800.00 |
| 11/07 | 1045 \* | 1,769.54 | 11/24 | 1355 | 1,000.00 |
| 11/24 | 1048 \* | 1,769.54 | 11/26 | 1358 \* | 10,000.00 |
| 11/07 | 1345 \* | 800.00 | 11/25 | 1360 \* | 7,000.00 |
| 11/03 | 1347 \* | 800.00 | 11/25 | 1366 \* | 1,000.00 |

<div style="border:1px solid">

**EXHIBIT
2**

</div>

MORET 002

✱ incoming wire

|  | Time Sent By Remitter | |
|---|---|---|
|  | Time Received External | |
|  | Time Received | 11/21/25 02:16:29 |
|  | Time Released To LM | |
|  | Time Cleared | |

**Instruction Information**

| Sender's Reference | Related Reference |
|---|---|
| Customer Reference | Instructed Amount |
| Exchange Rate | Instruction Codes |
| Transaction Type Code | Transaction Purpose Code |
| Send Time | Received Time |
| Details of Charges Instructed    SHA | Deducted Charges |
| Details of Charges | Prepaid Charges |
| Contract Reference | Mandate Local Instrument |
| Payment Notification Method | Payment Notification Electronic Address |

**Remittance Information**

THE TRUSTEES OF BRUNO AND TERVALON,LLP,C

**Parties**

| Originator Party Information | Beneficiary Party Information | |
|---|---|---|
| Orig BIC | Beneficiary BIC | |
| Orig ID | Beneficiary Location | |
| Orig Name JH (USA) US GROUP PARENT | Beneficiary ID | |
| Orig Addr COMPANY (U.S.A.)RECONCILIATIONS250 BLOOR STREET EAST,MAIN FLRTORONTO, ON M4W 1E5CANADA | Beneficiary Name | HANCOCK WHITNEY |
|  | Beneficiary Addr | . .,.. US |
|  | Beneficiary Country | |
| Orig Country | Beneficiary Acct / IBAN | 62885859 |
| Orig Acct / IBAN | Account Usage Type | A |
| Account Usage Type | Beneficiary Advice Info | |
|  | Beneficiary Instr Info | |
|  | Beneficiary Clearing Sys Info | |

MORET 044

Historic Record

Payment Details

| | | | |
|---|---|---|---|
| Transaction ID | 2025325000120800 | Stage | Complete |
| Bulk Settlement Reference | | Status | Completed |
| Hold Status | Not Held | Funds Release Status | Unset |
| Clearing Status | Complete | Legal Entity | US |
| Department | | Pay Type / Sub Type | CRD |
| Source / Source SubType | FED / 1000 | Clearing System Reference | 20251121B1Q8021C010726 |
| Amount | 1,703,376.26 USD | Source Message Type | FTR811 |
| Payment Validity Date | | *Base Amount / Local Amount* | |
| Payment Type | | Value Date | 11/21/25 |
| Priority / LM Priority | 5 | Execution Date | |
| Priority Group | UNDEFINED | In Progress | No |
| Requires Supervisor | No | | |

Details

| Debit Information | | Credit Information | |
|---|---|---|---|
| BIC | | BIC | |
| Customer Type | | Customer Type | |
| ID | | ID | 0062885859 (V) |
| Name | | Name | BRUNO & TERVALON LLP |
| Address | | Address | 10001 LAKE FOREST NEW ORLEANS, LA 70127 |
| Debit Account | 065400153 | | |
| Amount | | Credit Account | 0062885859(V) |
| Value Date | | Amount | |
| Debit Segment | | Value Date | |
| *Debit Customer Grouping* | | Credit Segment | 02 |
| Debit Account Analysis | | *Credit Customer Grouping* | |
| Remitter Information | | Credit Account Analysis | |
| Remitter BIC | | Instruction Times | |
| Remitter ID / Type | XX/021000089 | | |
| Remitter Name | | | |
| Remitter Address | | | |

MORET 045

*✗ outgoing wire*

## Historic Record

### Payment Details

| | | | |
|---|---|---|---|
| Transaction ID | 2025329000296500 | Stage | Complete |
| Bulk Settlement Reference | | Status | Completed |
| Hold Status | Not Held | Funds Release Status | Unset |
| Clearing Status | Complete | Legal Entity | US |
| Department | | Pay Type / Sub Type | FRB / 1000 |
| Source / Source SubType | WBkUser | Clearing System Reference | 20251125L1LFBE2C001204 |
| Amount | 500,000.00 USD | Source Message Type | FTI0811 |
| Payment Validity Date | | *Base Amount / Local Amount* | |
| Payment Type | | Value Date | 11/25/25 |
| Priority / LM Priority | 5 | Execution Date | |
| Priority Group | UNDEFINED | In Progress | No |
| Requires Supervisor | No | | |

## Details

| Debit Information | | Credit Information | |
|---|---|---|---|
| BIC | | BIC | |
| Customer Type | | Customer Type | |
| ID | 0062885859 (V) | ID | |
| Name | BRUNO & TERVALON LLP | Name | |
| | | Address | |
| Address | 10001 LAKE FOREST NEW ORLEANS, LA 70127 | Credit Account | 065400153 |
| | | Amount | |
| Debit Account | 0062885859(V) | Value Date | |
| Amount | | Credit Segment | |
| Value Date | | *Credit Customer Grouping* | |
| Debit Segment | 02 | Credit Account Analysis | |
| *Debit Customer Grouping* | | Instruction Times | |
| Debit Account Analysis | | Time Sent By Remitter | |
| Remitter Information | | Time Received External | |
| Remitter BIC | | Time Received | 11/25/25 06:02:22 |
| Remitter ID / Type | XX/065400153 | Time Released To LM | |
| Remitter Name | | Time Cleared | |

**EXHIBIT 3**

MORET 049

Remitter Address

Instruction Information

| | | |
|---|---|---|
| Sender's Reference | | Related Reference |
| Customer Reference | | Instructed Amount |
| Exchange Rate | | Instruction Codes |
| Transaction Type Code | | Transaction Purpose Code |
| Send Time | | Received Time |
| Details of Charges Instructed | N/A | Deducted Charges |
| Details of Charges | | Prepaid Charges |
| Contract Reference | | Mandate Local Instrument |
| Payment Notification Method | | Payment Notification Electronic Address |

Remittance Information
FURTHER CREDIT: STERLING WALKER ENTERPRISES

Parties

| Originator Party Information | | Beneficiary Party Information | |
|---|---|---|---|
| Orig BIC | | Beneficiary BIC | |
| Orig ID | | | |
| Orig Name | BRUNO & TERVALON LLP | Beneficiary Location | |
| Orig Addr | 10001 LAKE FOREST STE 401 | Beneficiary ID | F / 021000021 / |
| | NEW ORLEANS LA 70127 | Beneficiary Name | NATIONAL FINANCIAL SERVICES |
| Orig Country | | Beneficiary Addr | 499 WASHINGTON BLVD JERSEY CITY, NJ 07310 |
| Orig Acct / IBAN | 0062885859 | | |
| Account Usage Type | | Beneficiary Country | |
| Orig Instr Info | | Beneficiary Acct / IBAN | |
| Orig Clearing Sys Info | | | |
| Remitter Information | | Account Usage Type | A |
| Remitter BIC | | | |
| Remitter ID / Type | XX/065400153 | | |
| Remitter Name | | Beneficiary Advice Info | |
| Remitter Address | | Beneficiary Instr Info | |

MORET 050

Beneficiary
Clearing
Sys Info
Instructing Party Information

## Custom Details

Custom Payment Details

| | |
|---|---|
| C Bene Accountdatafield01 | C Bene Accountdatafield02 |
| C Bene Accountdatafield03 | C Bene Accountdatafield04 |
| C Bene Accountdatafield05 | C Bene Accountdatafield06 |
| C Bene Accountdatafield07 | C Bene Accountdatafield08 |
| C Bene Accountdatafield09 | C Bene Accountdatafield10 |
| C Bene Customerdatafield01 | C Bene Customerdatafield02 |
| C Bene Customerdatafield03 | C Bene Customerdatafield04 |
| C Bene Customerdatafield05 | C Bene Customerdatafield06 |
| C Bene Customerdatafield07 | C Bene Customerdatafield08 |
| C Bene Customerdatafield09 | C Bene Customerdatafield10 |
| Cover Exchange Rate | Custom Property 1    Custom value-1 |
| Instructing Info Line 1 | Instructing Info Line 2 |
| Instructing Info Line 3 | Instructing Info Line 4 |
| Instructing Info Line 5 | Instructing Info Line 6 |
| C Payer Accountdatafield01 | C Payer Accountdatafield02 |
| C Payer Accountdatafield03 | C Payer Accountdatafield04 |
| C Payer Accountdatafield05 | C Payer Accountdatafield06 |
| C Payer Accountdatafield07 | C Payer Accountdatafield08 |
| C Payer Accountdatafield09 | C Payer Accountdatafield10 |
| C Payer Customerdatafield01 | C Payer Customerdatafield02 |

MORET 051

C Payer
Customerdatafield03

C Payer
Customerdatafield04

C Payer
Customerdatafield05

C Payer
Customerdatafield06

C Payer
Customerdatafield07

C Payer
Customerdatafield08

C Payer
Customerdatafield09

C Payer
Customerdatafield10

Processing Instructions

No Processing Instructions to display

Audit Trail

| Date / Time | Component | Event | User | Description | Details |
|---|---|---|---|---|---|
| | Payments | Add Note | DPP.Utility | Note added | |
| | Payments | Add Note | DPP.Utility | Note added | |
| 03/29/26 18:49:42 | Payments | Add Attachment | DPP.Utility | Attachments added: 2025329000296500_20251125142144852.pdf () | |

MORET 052

✗ outgoing wire

## Historic Record

### Payment Details

| | | | |
|---|---|---|---|
| Transaction ID | 2025330000133700 | Stage | Complete |
| Bulk Settlement Reference | | Status | Completed |
| Hold Status | Not Held | Funds Release Status | Unset |
| Clearing Status | Complete | Legal Entity | US |
| Department | | Pay Type / Sub Type | FRB / 1000 |
| Source / Source SubType | WBkUser | Clearing System Reference | 20251126L1LFBE2C000542 |
| Amount | 500,000.00 USD | Source Message Type | FTI0811 |
| Payment Validity Date | | *Base Amount / Local Amount* | |
| Payment Type | | Value Date | 11/26/25 |
| Priority / LM Priority | 5 | Execution Date | |
| Priority Group | UNDEFINED | In Progress | No |
| Requires Supervisor | No | | |

### Details

| Debit Information | | Credit Information | |
|---|---|---|---|
| BIC | | BIC | |
| Customer Type | | Customer Type | |
| ID | 0062885859 (V) | ID | |
| Name | BRUNO & TERVALON LLP | Name | |
| | | Address | |
| Address | 10001 LAKE FOREST NEW ORLEANS, LA 70127 | Credit Account | 065400153 |
| | | Amount | |
| Debit Account | 0062885859(V) | Value Date | |
| Amount | | Credit Segment | |
| Value Date | | *Credit Customer Grouping* | |
| Debit Segment | 02 | Credit Account Analysis | |
| *Debit Customer Grouping* | | Instruction Times | |
| Debit Account Analysis | | Time Sent By Remitter | |
| Remitter Information | | Time Received External | |
| Remitter BIC | | Time Received | 11/26/25 01:42:44 |
| Remitter ID / Type | XX/065400153 | Time Released To LM | |
| Remitter Name | | Time Cleared | |

**EXHIBIT 4**

MORET 057

Remitter Address

Instruction Information

| | | |
|---|---|---|
| Sender's Reference | | Related Reference |
| Customer Reference | | Instructed Amount |
| Exchange Rate | | Instruction Codes |
| Transaction Type Code | | Transaction Purpose Code |
| Send Time | | Received Time |
| Details of Charges Instructed | N/A | Deducted Charges |
| Details of Charges | | Prepaid Charges |
| Contract Reference | | Mandate Local Instrument |
| Payment Notification Method | | Payment Notification Electronic Address |

Remittance Information

FURTHER CREDIT TO: STERLING WALKER ENTERPRISES, LLC ACCT:

Parties

| Originator Party Information | | Beneficiary Party Information | |
|---|---|---|---|
| Orig BIC | | Beneficiary BIC | |
| Orig ID | | | |
| Orig Name | BRUNO & TERVALON LLP | Beneficiary Location | |
| Orig Addr | 10001 LAKE FOREST STE 401 | Beneficiary ID | F / 021000021 / |
| | NEW ORLEANS LA 70127 | Beneficiary Name | NATIONAL FINANCIAL SERVICES |
| Orig Country | | Beneficiary Addr | 499 WASHINGTON BLVD JERSEY CITY, NJ 07310 |
| Orig Acct / IBAN | 0062885859 | | |
| Account Usage Type | | Beneficiary Country | |
| Orig Instr Info | | | |
| Orig Clearing Sys Info | | Beneficiary Acct / IBAN | |
| Remitter Information | | | |
| Remitter BIC | | Account Usage Type | A |
| Remitter ID / Type | XX/065400153 | | |
| Remitter Name | | Beneficiary Advice Info | |
| Remitter Address | | Beneficiary Instr Info | |

MORET 058

Beneficiary
Clearing
Sys Info

Instructing Party Information

## Custom Details

Custom Payment Details

| | |
|---|---|
| C Bene Accountdatafield01 | C Bene Accountdatafield02 |
| C Bene Accountdatafield03 | C Bene Accountdatafield04 |
| C Bene Accountdatafield05 | C Bene Accountdatafield06 |
| C Bene Accountdatafield07 | C Bene Accountdatafield08 |
| C Bene Accountdatafield09 | C Bene Accountdatafield10 |
| C Bene Customerdatafield01 | C Bene Customerdatafield02 |
| C Bene Customerdatafield03 | C Bene Customerdatafield04 |
| C Bene Customerdatafield05 | C Bene Customerdatafield06 |
| C Bene Customerdatafield07 | C Bene Customerdatafield08 |
| C Bene Customerdatafield09 | C Bene Customerdatafield10 |
| Cover Exchange Rate | Custom Property 1    Custom value-1 |
| Instructing Info Line 1 | Instructing Info Line 2 |
| Instructing Info Line 3 | Instructing Info Line 4 |
| Instructing Info Line 5 | Instructing Info Line 6 |
| C Payer Accountdatafield01 | C Payer Accountdatafield02 |
| C Payer Accountdatafield03 | C Payer Accountdatafield04 |
| C Payer Accountdatafield05 | C Payer Accountdatafield06 |
| C Payer Accountdatafield07 | C Payer Accountdatafield08 |
| C Payer Accountdatafield09 | C Payer Accountdatafield10 |
| C Payer Customerdatafield01 | C Payer Customerdatafield02 |

MORET 059

C Payer
Customerdatafield03

C Payer
Customerdatafield04

C Payer
Customerdatafield05

C Payer
Customerdatafield06

C Payer
Customerdatafield07

C Payer
Customerdatafield08

C Payer
Customerdatafield09

C Payer
Customerdatafield10

Processing Instructions

No Processing Instructions to display

Audit Trail

| Date / Time | Component | Event | User | Description | Details |
|---|---|---|---|---|---|
| | Payments | Add Note | DPP.Utility | Note added | |
| | Payments | Add Note | DPP.Utility | Note added | |
| 03/29/26 18:49:45 | Payments | Add Attachment | DPP.Utility | Attachments added: 2025330000133700_20251126102339067.pdf 0 | |

MORET 060



Current Date:           April 16, 2026

Account Number:         62885859
Capture Date:           December 02, 2025
Item Number:            5252759284808
Posted Date:            December 02, 2025
Posted Item Number:     130054039
Amount:                 100,000.00
Record Type:            Debit
RT Number:              065400153
Run Number:             2533
Serial Number:          1367
Batch Number:           250211
BOFD Sequence:          1530534543
CL Item Before:         1530534520 - 550.00
CL Item After:          1530534585 - 40.00
CL Item Info:           1530534543 - 100,000.00
CL Bundle Amt:          1,112,263.62
CL File Amt:            54,064,661.13
CL Orig RT:             061000146

BRUNO & TERVALON LLP
10001 LAKE FOREST
STE 401
NEW ORLEANS LA          70127



**EXHIBIT**

**5**



Current Date:          April 16, 2026

| | |
|---|---|
| Account Number: | 62885859 |
| Capture Date: | December 03, 2025 |
| Item Number: | 5252759364938 |
| Posted Date: | December 03, 2025 |
| Posted Item Number: | 140039962 |
| Amount: | 100,000.00 |
| Record Type: | Debit |
| RT Number: | 065400153 |
| Run Number: | 2533 |
| Serial Number: | 1370 |
| Batch Number: | 250166 |
| BOFD Sequence: | 1541198134 |
| CL Item Before: | 1541198122 - 126.93 |
| CL Item After: | 1541198156 - 35.00 |
| CL Item Info: | 1541198134 - 100,000.00 |
| CL Bundle Amt: | 684,150.03 |
| CL File Amt: | 44,039,732.89 |
| CL Orig RT: | 061000146 |

BRUNO & TERVALON LLP
10001 LAKE FOREST
STE 401
NEW ORLEANS LA          70127



>065000090<
Capital One, NA
31013348    12032025
Richmond, VA 23238
ATM Deposit *****4901

**EXHIBIT**

**6**

Current Date: April 16, 2026



| | |
|---|---|
| Account Number: | 62885859 |
| Capture Date: | December 03, 2025 |
| Item Number: | 2500044324609 |
| Posted Date: | December 03, 2025 |
| Posted Item Number: | 340148885 |
| Amount: | 50,000.00 |
| Record Type: | Debit |
| RT Number: | 065400153 |
| Run Number: | 99 |
| Serial Number: | 1371 |
| Batch Number: | 2500200 |
| BOFD Sequence: | 337217261050001 |
| CL Item Before: | 337292431870001 - 495.46 |
| CL Item After: | 337190220950002 - 2,500. |
| CL Item Info: | 337217261050001 - 50,00( |
| CL Bundle Amt: | 1,776,393.87 |

BRUNO & TERVALON LLP
10001 LAKE FOREST
STE 401
NEW ORLEANS LA          70127





**EXHIBIT**

**7**