**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WALDO J. MORET, JR, CLYDE M. HUNTER, AND SHIKEEMA L. JONES,** ) | **CAUSE NO.: 26-cv-01636** |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **JUDGE: VANCE** |
| ) | |
| **BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC,** ) ) ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**[*PROPOSED*] ORDER SETTING EXPEDITED PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE**

Plaintiffs Waldo J. Moret, Jr., Clyde M. Hunter, and Shikeema L. Jones, ("Plaintiffs"), having filed an Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and this Court having issued a Temporary Restraining Order and Writ of Civil Sequestration, the Court now establishes the following schedule for an expedited hearing and briefing to determine whether a preliminary injunction shall issue during the pendency of this litigation.

**HEARING DATE AND BRIEFING DEADLINES**

1.      IT IS ORDERED that an expedited hearing on Plaintiff's Motion for a Preliminary Injunction is hereby set for the _____ day of August, 2026, at _____ AM/PM, in Courtroom C255 of the United States District Court for the Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana.

2.      IT IS FURTHER ORDERED that Defendants shall file any Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction no later than _____ day of

1

August, 2026, at 5:00 PM. Opposition papers shall be filed electronically via the CM/ECF system and a copy delivered to the Court's chambers.

3.    IT IS FURTHER ORDERED that Plaintiffs shall file any Reply Memorandum in Support of their Motion for a Preliminary Injunction no later than _____ day of August, 2026, at 5:00 PM.

4.    IT IS FURTHER ORDERED that the parties shall exchange a final list of witness and exhibit disclosures, along with physical copies of all exhibits intended to be introduced during the evidentiary hearing, no later than two (2) business days prior to the scheduled hearing.

5.    IT IS FURTHER ORDERED that the Temporary Restraining Order and Sequestration Order issued by this Court on this date shall remain in full force and effect until the conclusion of the preliminary injunction hearing, unless otherwise modified or extended by order of this Court.

SO ORDERED, in New Orleans, Louisiana, this _____ day of July, 2026.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA