**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| WALDO J. MORET, JR, CLYDE M. HUNTER, AND SHIKEEMA L. JONES, | ) ) ) | CAUSE NO.: 26-cv-01636 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE: BARBIER |
| BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**[*PROPOSED*] WRIT OF SEQUESTRATION**

TO THE UNITED STATES MARSHAL OF THE U.S. DISTRICT OF MASSACHUSETTS:

On _____ [*date*], the defendant in this action, Sterling-Walker Enterprises, LLC, was subject to a Judgment of this Court dated _____ [*date*]. The Judgment commanded the civil sequestration traceable assets possessed by Sterling-Walker Enterprises, LLC, which belong to the Bruno & Tervalon CPAs 401(k) Profit Sharing Plan, in amount of $1,000,000.00.

YOU ARE COMMANDED, immediately on receipt of this Writ, to seize and sequester $1,000,000.00, held for the benefit of defendant **Sterling-Walker Enterprises, LLC**, that may be in the possession and control of **National Financial Services, LLC**, or any of its agents, officers, or employees and collect and hold this property, and any and all rents, profits, goods, chattels and personal property that may accrue as a result of it, in your possession until further order of this Court.

ORDERED in New Orleans, Louisiana, this \_\_\_\_\_ day of July, 2026.


_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA