**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WALDO J. MORET, JR, CLYDE M. HUNTER, AND SHIKEEMA L. JONES, | ) ) ) **CAUSE NO.: 26-cv-01636** |
| **Plaintiffs,** | ) ) |
| v. | ) **JUDGE: BARBIER** |
| | ) |
| BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC, | ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**[*PROPOSED*] WRIT OF SEQUESTRATION**

TO THE UNITED STATES MARSHAL OF THE EASTERN DISTRICT OF VIRGINIA:

On _____ [*date*], the defendant in this action, JONALD WALKER, III, was subject to a Judgment of this Court dated _____ [*date*]. The Judgment commanded the civil sequestration traceable assets possessed by JONALD WALKER, III, which belong to the Bruno & Tervalon CPAs 401(k) Profit Sharing Plan, in amount of $200,000.00.

YOU ARE COMMANDED, immediately on receipt of this Writ, to seize and sequester $200,000.00, held for the benefit of defendant **JONALD WALKER, III**, that may be in the possession and control of **Capital One, N.A.**, or any of its agents, officers, or employees and collect and hold this property, and any and all rents, profits, goods, chattels and personal property that may accrue as a result of it, in your possession until further order of this Court.

ORDERED in New Orleans, Louisiana, this _____ day of July, 2026.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA