**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| WALDO J. MORET, JR., CLYDE M. HUNTER, AND SHIKEEMA L. JONES, | ) ) ) | CAUSE NO.: 26-cv-01636 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE: BARBIER |
| BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**WRIT OF SEQUESTRATION**

TO THE UNITED STATES MARSHAL OF THE U.S. DISTRICT OF MASSACHUSETTS:

On August 6, 2026, the defendant in this action, Sterling-Walker Enterprises, LLC, was subject to a Judgment of this Court dated August 6, 2026. The Judgment commanded the civil sequestration of traceable assets possessed by Sterling-Walker Enterprises, LLC, which belong to the Bruno & Tervalon CPAs 401(k) Profit Sharing Plan, in the amount of **$1,000,000.00**.

YOU ARE COMMANDED, immediately on receipt of this Writ, to seize and sequester **$1,000,000.00**, held for the benefit of defendant **Sterling-Walker Enterprises, LLC**, that may be in the possession and control of **National Financial Services, LLC**, or any of its agents, officers, or employees, and collect and hold this property, and any and all rents, profits, goods, chattels and personal property that may accrue as a result of it, in your possession until further order of this Court.

ORDERED in New Orleans, Louisiana, this 6th day of August, 2026.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA