UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WALDO J. MORET, JR. CLYDE M. HUNTER, AND SHIKEEMA L. JONES | * | **CIVIL ACTION NO: NO. 26-1636** |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| VERSUS | * | |
| | * | MAG. JUDGE MICHAEL NORTH |
| | * | |
| BRUNO & TERVALON, LLP, JONALD WALKER, III, and STERLING-WALKER ENTERPRISES, LLC | * * * | |

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

Defendants, Jonald Walker, III ("**Mr. Walker**"), Bruno & Tervalon, LLP ("**B&T**"), and Sterling-Walker Enterprises, LLC ("**Sterling-Walker**") submit the following list of witnesses it may call to testify and exhibits it may use at the evidentiary hearing for a Preliminary Injunction.

## I. WITNESS LIST

Defendants will call any of the following witnesses to testify at the evidentiary hearing on the Preliminary Injunction:

1. Jonald Walker, III;

Defendants may call any of the following witnesses to testify at the evidentiary hearing on the Preliminary Injunction:

2. Clyde Hunter;
3. Shikeema L. Jones; or
4. Waldo Moret, Jr.

## II. EXHIBIT LIST

Defendants may use any of the following exhibits at the trial of this matter.

1. Partnership Agreement between Michael Bruno and Alcide Tervalon dated October 1, 1983, marked as Exhibit A to Defendants' Opposition;



5693249.v1

2. Recordkeeping agreement issued to B&T by John Hancock on December 19, 2013, marked as Exhibit B to Defendants' Opposition;

3. Email dated August 29, 2025, Bernard Robertson instructing Jonald Walker to terminate the plane with John Hancock, marked as Exhibit C to Defendants' Opposition;

4. Email dated October 8, 2025, to Jonald Walker with termination documents, marked as Exhibit D to Defendants' Opposition;

5. October 2025 correspondence between Jonald Walker and Bernard Robertson, marked as Exhibit E to Defendants' Opposition;

6. Request for Contract Termination signed by Jonald Walker on October 30, 2025, marked as Exhibit F to Defendants' Opposition;

7. Notice of Retirement Plan Closure to Waldo Moret, Jr. dated November 7, 2025, marked as Exhibit G to Defendants' Opposition;

8. Notice of Retirement Plan Closure to Lawrence C. Jones dated November 7, 2025, marked as Exhibit H to Defendants' Opposition;

9. Notice of Retirement Plan Closure to Clyde Hunter dated November 7, 2025, marked as Exhibit I to Defendants' Opposition;

10. Bruno & Tervalon, LLC's Hancock Whitney Bank Statements;

11. Jonald Walker SWE Investment Account – Avantax;

12. Jonald Walker, III's Bank Statements – Capital One;

13. Jonald Walker, III's Bank Statement – Hancock Whitney;

14. Emails 2025-09-04 – Re: Plan Termination;

15. Emails 2025-10-08 – Bruno & Tervalon Contract: 114225;

16. Emails 2025-10-30 – Re: FW: Follow Up Plan Level Documents for CN 11425 Bruno & Tervalon;

17. Emails 2025-10-21 – Re: FW: Bruno & Tervalon Contract: 114225;

18. Email 2025-11-17 – John Hancock – Re: Follow Up Plan Level Documents for CN 11425 Bruno & Tervalon;

19. Emails 2025-11-17 – Re: Follow Up Plan Level Documents for CN 11425 Bruno & Tervalon;

20. Emails 2025-11-24 – Re: Plan Termination Closed CN 114225 Bruno & Tervalon;

21. Summary Annual Report – 401K Brunoo & Tervalon 2022;

22. Annual Compliance Package 401K Bruno & Tervalon - 2022 Plan Year;

23. Annual Compliance Package 401K Bruno & Tervalon - 2023 Plan Year;

24. Amendment to 401K Bruno & Tervalon – signed March 22, 2025;

25. Amendment Number 1 - 401K Bruno & Tervalon;

26. Adoption Agreement Retirement Strategies Group;

27. John Hancock Life Insurance Request for Contract Termination Bruno & Tervalon 10-09-2025 Contract #114225;

28. Defendants may offer any of the above exhibits as evidence at the trial of this matter under direct and/or cross examination.

Defendants further reserve the right to object to the admissibility of any exhibit offered into evidence by any party, including any exhibit listed herein. By listing an exhibit above, Defendants do not waive any objection to such an exhibit.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

*\/s/ Danielle L. Borel*
Danielle L. Borel, T.A. (La. Bar #35669)
danielle.Borel@bswllp.com
Alec B. Keane (La. Bar #41294)
alec.keane@bswllp.com
*Counsel for Defendants, Jonald Walker, III, Bruno & Tervalon, LLP, and Sterling-Walker Enterprises, LLC*